NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania

Circuit Court Docket No._____

FULL CAPTION IN DISTRICT COURT:

ROOSEVELT HAWKINS                    District Court
                                     Docket No. CA 05-46 E

_____
                    v.
                                     District Court
JAMES F. SHERMAN, Warden             Judge Sean J. McLaughlin

     Notice is hereby given that    Roosevelt Hawkins

appeals to the United States Court of Appeals for the Third

Circuit from [ ] Judgment; [X] Order; [ ] Other (Specify)

dismissing Petition for Writ of Habeas Corpus filed pursuant to

Title 28 U.S.C. § 2241

entered in this action on   6/29/05   .

DATED: 7/1/05


/s/Thomas W. Patton
(Counsel for Appellant-signature)

Thomas W. Patton; PA ID # 88653    Michael L. Ivory
(Name of Counsel - Typed)          (Counsel for Appellee)

Assistant Federal Defender         Assistant United States Attorney
(address)                          (address)

1001 State Street, Suite 1111      400 U.S. Courthouse & Post Office

Erie, PA 16501                     Pittsburgh, PA 15219

(814) 455-8089                     (412) 894-7375
(Tel. No. - FTS or Other)          (Tel. No. - FTS or Other)